

FILED

09/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0426

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0426

IN THE MATTER OF THE
CONSERVATORSHIP OF:

G.R.R.,

A Protected Person.

FILED

SEP 25 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening brief filed on September 24, 2020, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 11(3)(b) requires papers produced by typewriter or an equivalent process shall be double spaced except that footnotes and quoted and indented material may be single spaced. Sections of Appellant's Opening brief are not double spaced.

M. R. App. P. 12(1)(a) requires a table of contents with page references, and a table of cases, statutes and other authorities cited, with references to the pages of the brief where they are cited. Appellant's opening brief does not include a table of contents and table of cases, statutes, and other authorities cited.

M. R. App. P. 12(1)(b) requires a statement of the issues presented for review. Appellant's Opening brief does not include issues presented for review.

M. R. App. P. 12(1)(c) requires a statement of the case. The statement shall first briefly indicate the nature of the case and its procedural disposition in the court below. Only that procedural background which is relevant to the issue or issues raised shall be included in the statement of the case. Appellant's Opening brief does not include a statement of the case.

M. R. App. P. 12(1)(d) requires the statement of facts to include references to the pages or parts of the record at which material facts appear. Pursuant to M. R. App. P.

12(9), references to the record must be to particular parts of the record, suitably designated, and to specific pages of each part. Examples include: Answer p. 7; Motion for Summary Judgment, p. 3; Transcript, p. 231. Reference may also be given to the docket number of the document in the District Court register. Appellant's statement of the facts makes only assertions without citations to the record.

M. R. App. P. 12(1)(e) requires a statement of the standard of review for each issue presented, together with a citation of authority. Appellant's Opening brief does not include a standard of review.

M. R. App. P. 12(1)(f) requires a summary of the argument containing succinct, clear, and accurate statement of the arguments made in the body of the brief. Appellant's opening brief does not contain a summary of the argument section.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 26th day of September, 2020.

For the Court,

By _____

Justice